UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
FAIRFIELD SENTRY LTD. (IN LIQUIDATION),
ET AL.,

                      Plaintiffs.

        -against-

HSBC SECURITIES SERVICES
(LUXEMBOURG) S.A.,

                      Defendant.
-----------------------------------------------------------X
FAIRFIELD SENTRY LTD. (IN LIQUIDATION),
ET AL.,

                      Plaintiffs,

        -against-


HSBC PRIVATE BANK (SUISSE) S.A.,

                      Defendant.
-----------------------------------------------------------X

21 **CIVIL** 10316 (LAP)
21 **CIVIL** 10334 (LAP)

**JUDGMENT**

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 31, 2022, the Court has granted Defendants-Appellants' motion for leave to appeal the November 4 Order but has affirmed the November 4 Order in all respects. (See dkt. nos. 3, 31.) Moreover, the Court finds that the Joining Defendants lack standing to appeal the November 4 Order; accordingly, case 21-cv-10316 and 21-cv-10334 are closed.

**Dated:** New York, New York
       September 1, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                **BY:** *K. Mango*

                                                        **Deputy Clerk**